UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00115 |
| | ) | JUDGE CAMPBELL |
| JUAN CARLOS MEJIA-MIRANDA | ) | |

## ORDER

Pending before the Court is a Motion to Transfer Case to District Judge Sharp (Docket No. 22). The Motion is GRANTED with the consent of Judge Sharp.

The jury trial scheduled for November 26, 2013, and the pretrial conference and/or change of plea hearing scheduled for November 22, 2013, are CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE